**Opinion issued March 28, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-22-00061-CV**

———————————

**SAMUEL ADAM WILLIAMS, Appellant**

**V.**

**LA PORTE POLICE DEPARTMENT AND THE CITY OF LA PORTE,**
**Appellees**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2021-58542

## MEMORANDUM OPINION

Appellant's brief was due to be filed on September 26, 2022. On October 18, 2022, the Court notified appellant that the appeal might be dismissed unless appellant filed a brief within 10 days from the date of the notice. No brief or motion for extension was filed.

Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R.

APP. P. 42.3. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.